# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-2043-CAS(RNBx) | Date | June 1, 2015 |
|---|---|---|---|
| Title | *SILLAGE, LLC v. KENROSE PERFUMES, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Speiss, III | Ryan McPhee |
| | Raymond Stockstill |
| | Edward Bakos |

**Proceedings:** DEFENDANT LA PEER BEAUTY, LP'S MOTION TO SEVER AND STAY THE PRESENT ACTION AGAINST LA PEER BEAUTY, LP (Filed 03/30/15)[32]

DEFENDANT FRAGRANCENET.COM, INC.'S MOTION TO SEVER AND STAY PENDING RESOLUTION OF CLAIMS AGAINST UPSTREAM DEFENDANTS (Filed 04/23/15)[36]

Hearing held and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. Counsel are to file a Joint Status Report within one (1) week in the related action, as stated in Court and on the record. The Court takes the above-referenced motions under submission.

|   | 00 | : | 06 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |