```
                    FILED
            CLERK, U.S. DISTRICT COURT

              June 24, 2015

          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____PG_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC<br><br>Plaintiff(s)<br><br>v.<br><br>KENROSE PERFUMES, INC. d/b/a/ EUROPERFUMES, et al.,<br><br>Defendant(s). | CASE NUMBER:<br>8:14-CV-2043-CAS (RNB)<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

<u>FragranceNet.com, Inc.</u>           ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute  <u>Ryan Scott McPhee, of Bakos Kritzer LLP</u>                          who is

   ☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>5000 Birch Street, Suite 3000</u>
*Street Address*

<u>Newport Beach, CA 92660</u>                              <u>rmcphee@bakoskritzer.com</u>
*City, State, Zip*                                           *E-Mail Address*

<u>949-204-3500</u>           <u>973-520-8260</u>           <u>283955</u>
*Telephone Number*         *Fax Number*          *State Bar Number*

as attorney of record instead of  <u>Raymond W. Stockstill, Robert M. Masters, and Ryan D. Fabre, all of</u>
                                    *List **all** attorneys from same firm or agency who are withdrawing*
<u>Paul Hastings LLP</u>

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

                                                          *Christina A. Snyder* (signature)

Dated  <u>6/22/15</u>                                    _____
                                                       U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (12/14)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY