STEVEN M. HANLE (SBN 168876)
shanle@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: (949) 725-4000
Facsimile: (949) 823-5094

THOMAS J. SPEISS, III (SBN 200949)
tspeiss@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Blvd., Suite 400
Santa Monica, California 90401
Telephone: (424) 214-7042
Facsimile: (424) 214-7010

Attorneys for Plaintiff, Sillage, LLC

RYAN S. MCPHEE (SBN 283955)
(RMcPhee@bakoskritzer.com)
BAKOS & KRITZER
5000 Birch Street, Suite 3000
Newport Beach, California 92660
Telephone: (949) 204-3500
Facsimile: (973) 520-8260

EDWARD P. BAKOS (*Pro Hac Vice*)
(EBakos@bakoskritzer.com)
BAKOS & KRITZER
147 Columbia Turnpike, Suite 102
Florham Park, New Jersey 07932
Telephone: (908) 273-0770
Facsimile: (973) 520-8260

Attorneys for Defendants, Kenrose Perfumes, Inc. d/b/a Europerfumes, FragranceNet.com, and La Peer Beauty, L.P.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KENROSE PERFUMES, INC. D/B/A EUROPERFUMES, a New York Corporation; FRAGRANCENET.COM, INC., a Delaware Corporation; and, LA PEER BEAUTY, L.P., a California Limited Partnership.<br><br>Defendants. | **CASE NO.: 8:14-cv-2043-CAS-RNB**<br><br>The Hon. Christina A. Snyder<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES IN SCHEDULING ORDER**<br><br>Complaint Filed December 23, 2014<br>Discovery Cut-off: December 28, 2015<br>Trial Date: April 5, 2016 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

**JOINT STIPULATION TO EXTEND DATES IN SCHEDULING ORDER**
LITIOC/2127761v4/101734-0105

1    WHEREAS, on June 1, 2015, the Court issued a Scheduling Order setting,
2 among other dates:
3        1.   Exchange of Expert Reports Cut-off date of November 16, 2015;
4        2.   Exchange of Rebuttal Reports Cut-off date of November 30, 2015;
5   and,
6        3.   Discovery Cut-off date of December 28, 2015.
7 (*See* Dkt 45.)
8    WHEREAS, on July 30, 2015, Sillage LLC ("Sillage"), and Kenrose
9 Perfumes, Inc. d/b/a Europerfumes ("Europerfumes") (collectively, the "Parties")
10 participated in a mediation session in front of the Honorable Gail J. Standish;
11    WHEREAS, the Parties are engaged in efforts to resolve this matter; and,
12    WHEREAS, the Parties further need additional time to conduct out-of-state
13 depositions.
14    THEREFORE, pursuant to Rule 16-14 of the Local Rules, the Parties
15 stipulate to and respectfully propose an extension of the above-mentioned dates as
16 follows:
17        1.   Exchange of Expert Reports on December 10, 2015;
18        2.   Exchange of Rebuttal Reports on December 30, 2015; and,
19        3.   Discovery Cut-off deadline of January 4, 2016.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-1-

**JOINT STIPULATION TO EXTEND DATES IN SCHEDULING ORDER**
LITIOC/2127761v4/101734-0105

All other dates shall remain the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 17, 2015          STRADLING YOCCA CARLSON
                                   & RAUTH, P.C.

                                   By:  /s/Thomas J. Speiss, III
                                   Steven M. Hanle
                                   Thomas J. Speiss, III

                                   Attorneys for Plaintiff Sillage, LLC

Dated:  November 17, 2015          BAKOS & KRITZER

                                   By:  /s/Ryan S. McPhee
                                   Edward P. Bakos (*pro hac vice*)
                                   Ryan S. McPhee

                                   Attorneys for Defendants, Kenrose Perfumes, Inc. d/b/a Europerfumes, FragranceNet.com, and La Peer Beauty, L.P.

### **CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)**

Pursuant to Rule 5-4.3.4(a)(2)(i) of the Local Rules, I hereby certify that the content of this document is acceptable to Ryan S. McPhee, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

                                   By:    */s/ Thomas J. Speiss, III*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-2-

**JOINT STIPULATION TO EXTEND DATES IN SCHEDULING ORDER**
LITIOC/2127761v4/101734-0105