**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KENROSE PERFUMES, INC. D/B/A EUROPERFUMES, a New York Corporation; FRAGRANCENET.COM, INC., a Delaware Corporation; and, LA PEER BEAUTY, L.P., a California Limited Partnership.<br><br>Defendants. | **CASE NO.: 8:14-cv-2043-CAS-RNB**<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND DATES IN SCHEDULING ORDER**<br><br>Complaint Filed December 23, 2014<br>Discovery Cut-off: December 28, 2015<br>Trial Date: April 5, 2016 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND**

LITIOC/2127763v2/101734-0105

Pursuant to the foregoing stipulation of the Parties, the following dates and deadlines contained in the current Scheduling Order [Dkt 45] are extended as follows:

1. The Parties shall have until <u>December 10, 2015</u> to exchange Expert Reports;

2. The Parties shall have until <u>December 30, 2015</u> to exchange Rebuttals to Expert Reports; and,

3. The Discovery Cut-off will now be <u>January 4, 2016</u>.

**IT IS SO ORDERED.**

DATED: _November 18, 2015

*Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-1-

LITIOC/2127763v2/101734-0105

**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND**