| | |
|---|---|
| STEVEN M. HANLE (SBN 168876)<br>  shanle@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, California 92660<br>Telephone:  (949) 725-4000<br>Facsimile:  (949) 823-5094<br><br>THOMAS J. SPEISS, III (SBN 200949)<br>  tspeiss@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>100 Wilshire Blvd., Suite 400<br>Santa Monica, California 90401<br>Telephone:  (424) 214-7042<br>Facsimile:  (424) 214-7010<br><br>Attorneys for Plaintiff, Sillage, LLC | RYAN S. MCPHEE (SBN 283955)<br>  (RMcPhee@bakoskritzer.com)<br>BAKOS & KRITZER<br>5000 Birch Street, Suite 3000<br>Newport Beach, California 92660<br>Telephone:  (949) 204-3500<br>Facsimile:  (973) 520-8260<br><br>EDWARD P. BAKOS (*Pro Hac Vice*)<br>  (EBakos@bakoskritzer.com)<br>BAKOS & KRITZER<br>147 Columbia Turnpike, Suite 102<br>Florham Park, New Jersey  07932<br>Telephone:  (908) 273-0770<br>Facsimile:  (973) 520-8260<br><br>Attorneys for Defendants, Kenrose Perfumes, Inc. d/b/a Europerfumes, FragranceNet.com, and La Peer Beauty, L.P. |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>            Plaintiff,<br><br>    vs.<br><br>KENROSE PERFUMES INC. D/B/A EUROPERFUMES, a New York Corporation; FRAGRANCENET.COM, INC., a Delaware Corporation; and, LA PEER BEAUTY, L.P., a California Limited Partnership.<br><br>            Defendants. | **CASE NO.: 8:14-cv-2043-CAS-DFM**<br><br>The Hon. Christina A. Snyder<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed December 23, 2014<br>Discovery Cut-off: January 4, 2016<br>Trial Date:  April 5, 2016 |

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
SANTA MONICA

STIPULATION OF DISMISSAL

LITIOC/2128305v3/101734-0105

Pursuant to the terms of a confidential settlement agreement, Plaintiff Sillage, LLC and Defendants Kenrose Perfumes Inc., FragranceNet.com, Inc., and La Peer Beauty, L.P. hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The parties further stipulate and request that, as a condition to the dismissal, the Court retain jurisdiction to enforce the settlement agreement for a period of two years from the date of dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  February 2, 2016       STRADLING YOCCA CARLSON
                               & RAUTH, P.C.

                               By:  /s/Steven M. Hanle
                                    Steven M. Hanle
                                    Thomas J. Speiss, III

                               Attorneys for Plaintiff Sillage, LLC

Dated:  February 2, 2016       BAKOS & KRITZER

                               By:  /s/Ryan S. McPhee
                                    Edward P. Bakos (*pro hac vice*)
                                    Ryan S. McPhee

                               Attorneys for Defendants Kenrose Perfumes, Inc. d/b/a Europerfumes, FragranceNet.com, Inc., and La Peer Beauty, L.P.

### CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I)

Pursuant to Rule 5-4.3.4(a)(2)(i) of the Local Rules, I hereby certify that the content of this document is acceptable to Ryan S. McPhee, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

                               By:     */s/ Steven M. Hanle*