JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KENROSE PERFUMES INC. D/B/A EUROPERFUMES, a New York Corporation; FRAGRANCENET.COM, INC., a Delaware Corporation; and, LA PEER BEAUTY, L.P., a California Limited Partnership.<br><br>Defendants. | **CASE NO.: 8:14-cv-2043-CAS-DFM**<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>Complaint Filed: December 23, 2014<br>Discovery Cut-off: January 4, 2016<br>Trial Date: April 5, 2016 |

[PROPOSED] ORDER OF DISMISSAL

Pursuant to a confidential settlement agreement and the stipulation between Plaintiff Sillage, LLC and Defendants Kenrose Perfumes, Inc., FragranceNet.com, Inc., and La Peer Beauty, L.P., this case is hereby dismissed with prejudice.

This Court hereby retains jurisdiction to enforce the settlement agreement for a period of two years from the date of dismissal.

**IT IS SO ORDERED.**

DATED: February 3, 2016

Hon. Christina A. Snyder
**United States District Judge**

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

**[PROPOSED] ORDER OF DISMISSAL**

LITIOC/2131223v1/101734-0105